Cami M. Perkins, Esq.
Nevada Bar No. 9149
Steven E. Kish III, Esq.
Nevada Bar No. 15257
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: cperkins@howardandhoward.com
Email: sek@h2law.com

*Attorneys for Defendant*
*Nationwide Capital Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY A. HOLDEN, | Case No. 2:21-cv-00086-JCM-VCf |
| Plaintiffs, | **STIPULATION AND ORDER TO SET ASIDE CLERK'S ENTRY OF DEFAULT** |
| vs. | |
| NATIONWIDE CAPITAL SERVICES d/b/a STRUCTURED SETTLEMENT, | |
| Defendant. | |

Plaintiff Mary A. Holden ("Holden") and Defendant Nationwide Capital Services d/b/a Structured Settlement ("Structured Settlement"), by and through their respective counsel of record, hereby stipulate and agree to set aside clerk's entry of default as follows:

1. Holden purports to have served Structured Settlement on or about January 6, 2021. (ECF No. 4.)

2. Structured Settlement disputes having received service of process in this action.

3. Holden moved for entry of clerk's default on September 15, 2021. (ECF No. 5.)

4. The clerk entered default against Structured Settlement on October 6, 2021. (ECF No. 6.)

5. Holden's counsel reached out to Structured Settlement's counsel about this action on or about October 6, 2021.

6. The parties have agreed to set aside the clerk's entry of default.

1

7. Structured Settlement, by and through its counsel, hereby accepts service of process.

Accordingly, the parties stipulate to set aside entry of clerk's default and allow Structured Settlement to answer and defend this action.

Dated: October 13, 2021

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Steven E. Kish III
Cami M. Perkins, Esq.
Nevada Bar No. 9149
Steven E. Kish III, Esq.
Nevada Bar No. 15257
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Defendant*
*Nationwide Capital Services, LLC*

WAJDA LAW GROUP, APC.

By: /s/ Nicholas M. Wajda
Nicholas M. Wajda, Esq.
Nevada Bar No. 11480
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
(702) 900-6339
nick@wajdalawgroup.com

*Attorneys for Plaintiff Mary A. Holden*

### ORDER

Presently before the Court is the parties' stipulation to set aside clerk's entry of default. Good cause appearing:

IT IS ORDERED, ADJUDGED, AND DECREED that the parties' stipulation be, and the same hereby is, **GRANTED**.

IT IS FURTHER ORDERED that clerk's default entered in this case be, and the same hereby is, **VACATED**.

Dated: October 18, 2021.

_____
United States District Judge

2