1  WAJDA LAW GROUP, APC
2  Nicholas M. Wajda (Nev. Bar No. 11480)
   871 Coronado Center Drive
3  Suite 200
   Henderson, Nevada 89052
4  +1 702-900-6339
   nick@wajdalawgroup.com
5  Attorney for the Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| MARY A. HOLDEN, | Case No. 2:21-cv-00086-JCM-VCF |
|---|---|
| Plaintiff, | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| v. | |
| NATIONWIDE CAPITAL SERVICES d/b/a STRUCTURED SETTLEMENT, | |
| Defendant. | |

Pursuant to Local Rule 26-1(a), MARY A. HOLDEN ("Plaintiff") and NATIONWIDE CAPITAL SERVICES d/b/a STRUCTURED SETTLEMENT, ("Defendant") (herein collectively the "Parties") conducted a discovery-planning conference on March 2, 2022, by and hereby, submit the following Stipulated Discovery Plan and Scheduling Order.

| | |
|---|---|
| 1. Discovery Cut-Off | **Friday, September 30, 2022** |
| 2. Joint Protective Order | **Wednesday, March 30, 2022** |
| 3. Rule 26(a) Initial Disclosures | **Wednesday, March 30, 2022** |
| 4. Motion to Amend Pleadings/Parties | **Friday, May 6, 2022** |
| 5. Expert Designations | **Monday, August 1, 2022** |
| 6. Rebuttal Expert Designations | **Monday, September 5, 2022** |
| 7. Expert Discovery Cut-off | **Friday, September 30, 2022** |
| 8. Dispositive Motion Deadline | **Monday, October 31, 2022** |

Joint Pretrial Order        December 1, 2022
If dispositive motions are filed, the deadline
for filing the joint pretrial order will be suspended until 30 days after
decision on the dispositive motions or further court order.

1

1. **The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues.**

The Parties anticipate both written and oral discovery regarding the communications between the Parties along with the claims in Plaintiff's Complaint along with any affirmative defenses raised by Defendant, Defendant's policies and procedures as they relate to debt collection activity, Defendant's policies and procedures as they relate to processing a consumer's dispute, and Defendant's policies and procedures as they relate to reporting a consumer debt to the credit bureau(s).

2. **Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.**

The Parties agree that electronically stored information will be provided in .pdf searchable format, or in its native format when appropriate or necessary.

3. **What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed.**

The Parties agree there should be no changes or deviation from the Federal or Local Rules related to discovery.

   a. **Alternative Dispute Resolution (ADR):** The Parties certify that they have met and conferred to discuss ADR and have collectively determined that ADR will not assist in facilitating settlement at this time.

   b. **Alternative Forms of Case Disposition:** The Parties certify that they do not consent to trial by a magistrate judge and the use of the Short Trial Program.

   c. **Electronic Evidence:** The Parties do not anticipate discovery issues at this time and do not foresee any issues arising from the disclosure of electronically stored information. The parties agree to serve discovery requests, discovery responses, and disclosures via electronic mail. The Parties agree that .pdf will be the default

format for production of all documents. If a party requests native format, it will be made available.

**IT IS SO ORDERED:**

Dated: 3-21-2022

_____
United States Magistrate Judge

Dated: March 17, 2022                           Respectfully submitted,

*s/ Nicholas M. Wajda*                                    *s/ Cami M. Perkins*
Nicholas M. Wajda (Nev. Bar No. 11480)    Cami M. Perkins, Esq.
WAJDA LAW GROUP, APC                        Nevada Bar No. 9149
871 Coronado Center Drive                         Steven E. Kish III, Esq.
Suite 200                                                      Nevada Bar No. 15257
Henderson, Nevada 89052                          HOWARD & HOWARD ATTORNEYS PLLC
+1 702-900-6339                                         3800 Howard Hughes Parkway, Suite 1000
nick@wajdalawgroup.com                          Las Vegas, Nevada 89169
Attorney for the Plaintiff                              Telephone: (702) 257-1483
                                                                  Email: cperkins@howardandhoward.com
                                                                  Email: sek@h2law.com
                                                                  Attorneys for Defendant
                                                                  Nationwide Capital Services, LLC

3

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2022, I electronically filed the foregoing using the Court's Case Management/Electronic Case File (CM/ECF) system which will effectuate service on all counsel of record.

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda

4