1  NICHOLAS M. WAJDA
   Nevada State Bar No: 11480
2  Law Offices of Nicholas M. Wajda, Esq.
3  871 Coronado Center Drive, Ste. 200
   Henderson, NV 89052
4  Telephone: (702) 900-6339
   Email Address: nick@wajdalawgroup.com
5  *Attorney for Plaintiff*

6

7  **UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA**
8

9

10 MARY A. HOLDEN,

11 Plaintiff,                         Case No.  2:21-cv-00086-JCM-VCF

12 v.                                 **STIPULATION OF DISMISSAL WITH
                                      PREJUDICE**
13 NATIONWIDE CAPITAL SERVICES
   d/b/a STRUCTURED SETTLEMENT,
14
15 Defendant.

16    Plaintiff, MARY A. HOLDEN, and Defendant, NATIONWIDE CAPITAL SERVICES

17 d/b/a STRUCTURED SETTLEMENT, by and through their undersigned counsel, and pursuant to

18 Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's claims

19 against First National collection Bureau, Inc. Each party to bear its own attorney's fees and costs
20
21    DATED: November 14, 2022        Respectfully submitted,

22    **MARY A. HOLDEN**              **NATIONWIDE CAPITAL SERVICES   d/b/a
                                      STRUCTURED SETTLEMENT**
23
24    By: */s/ Nicholas M. Wajda*     /s/ *Cami M. Perkins*
      Nicholas M. Wajda               Cami M. Perkins, Esq.,Nevada Bar No. 9149
25    Nevada State Bar No: 11480      Steven E. Kish III, Esq., Nevada Bar No. 15257
      Law Offices of Nicholas M. Wajda HOWARD & HOWARD ATTORNEYS PLLC
26    871 Coronado Center Drive, Ste. 200  3800 Howard Hughes Parkway, Suite 1000
      Henderson, NV 89052             Las Vegas, Nevada 89169
27    Telephone: (702) 900-6339       Telephone: (702) 257-1483
      nick@wajdalawgroup.com          cperkins@howardandhoward.com
28

                                      1

|   |   |
|---|---|
| *Counsel for Plaintiff* | sek@h2law.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

/s/ Nicholas M. Wajda,

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 21, 2022

2